Gregory P. Goonan (Cal. Bar #119821)
**The Affinity Law Group APC**
600 West Broadway, Suite 400
San Diego, CA 92101
Tel: 619-702-4335
Fax: 619-243-0088

Attorneys for Plaintiff
Prodata MicroElectronics, Inc.

FILED
07 SEP -5 PM 1:10
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Prodata MicroElectronics, Inc., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>4Access Communications, a Delaware corporation,<br><br>　　　　Defendant. | Case No. 3:06-CV-02709-JM (RBB)<br><br>**SUBSTITUTION OF ATTORNEY AND ORDER THEREON** |

TO THE COURT, THE PARTIES HERETO AND THEIR ATTORNEYS OF RECORD:

　　PLEASE TAKE NOTICE that plaintiff Prodata MicroElectronics, Inc. hereby substitutes Gregory P. Goonan of The Affinity Law Group APC as its attorney of record in the place and stead of William L. Miltner of the Miltner Law Group APC.

///
///
///
///
///

New counsel's contact information is as follows:

Gregory P. Goonan, Esq.
The Affinity Law Group APC
600 West Broadway, Suite 400
San Diego, California 92101

Telephone: (619) 702-4335

E-mail: ggoonan@affinity-law.com

Facsimile: (619) 243-0088

All future pleadings, correspondence and communications should be addressed to Plaintiff's new counsel at the address and telephone number set forth above. By signing below, Plaintiff's new counsel certifies that he is duly admitted to practice in this District pursuant to Local Rule 83-2.8, and that proper notice has been given as required by Local Rule 83-2.9.2.

Dated: August __, 2007

          Prodata MicroElectronics, Inc.

          By: _____
          Printed Name:
          Title:

I CONSENT TO THE ABOVE SUBSTITUTION:

Dated: August __, 2007           PRESENT ATTORNEY

          William L. Miltner
          Miltner Law Group, APC

          By _____
          William Miltner

[SIGNATURES CONTINUED ON NEXT PAGE]

I CONSENT TO THE ABOVE SUBSTITUTION:

Dated: August __, 2007

NEW ATTORNEY

Gregory P. Goonan
The Affinity Law Group APC

By_____
Gregory P. Goonan

## ORDER

In view of the foregoing, and good cause appearing,

IT IS HEREBY ORDERED that Gregory P. Goonan of The Affinity Law Group APC is substituted as counsel of record for plaintiff Prodata MicroElectronics, Inc. in this matter.

Dated: 9/5/07

_____
United States District Judge

Case 3:06-cv-02709-JM-RBB   Document 29   Filed 09/05/07   PageID.208   Page 4 of 6
Case 3:06-cv-02709-JM-RBB   Document 28   Filed 08/22/2007   Page 4 of 6
Aug 20 2007 1:30PM   HP LASERJET 3330                                        p.3
08/18/2007 18:41 FAX              SIMPSON, DELMORE, GREENE            ☒004/006

New counsel's contact information is as follows:

> Gregory P. Goonan, Esq.
> The Affinity Law Group APC
> 600 West Broadway, Suite 400
> San Diego, California 92101
>
> Telephone: (619) 702-4355
>
> E-mail: ggoonan@affinity-law.com
>
> Facsimile: (619) 243-0088

All future pleadings, correspondence and communications should be addressed to Plaintiff's new counsel at the address and telephone number set forth above. By signing below, Plaintiff's new counsel certifies that he is duly admitted to practice in this District pursuant to Local Rule 83-2.8, and that proper notice has been given as required by Local Rule 83-2.9.2.

Dated: August __, 2007

Prodatta Microelectronics, Inc.

By: _____
Printed Name: Sandra L. Popescu
Title: President

I CONSENT TO THE ABOVE SUBSTITUTION.

Dated: August 20, 2007                                    PRESENT ATTORNEY

William E. Milner
Milner Law Group, APC

By: _____
William Milner

[SIGNATURES CONTINUED ON NEXT PAGE]

---

SUBSTITUTION OF ATTORNEY
-2-

Case 3:06-cv-02709-JM-RBB   Document 29   Filed 09/05/07   PageID.209   Page 5 of 6
Aug. 20 Case 3:06-cv-02709-JM-RBB   Document 28   Filed 08/22/2007   Page 5 of 6   P. 4
08/18/2007 18:41 FAX                    SIMPSON DELMORE GREENE                    ☒005/006

1  I CONSENT TO THE ABOVE SUBSTITUTION:
2
3  Dated: August 16, 2007                                    NEW ATTORNEY
4
5                                               Gregory P. Goonan
                                                The Affinity Law Group APC
6
7                                               By_____
                                                   Gregory P. Goonan
8
9                                                     ORDER
10
11  In view of the foregoing, and good cause appearing,
12
13  IT IS HEREBY ORDERED that Gregory P. Goonan of The Affinity Law Group APC is
14  substituted as counsel of record for plaintiff Prodata MicroElectronics, Inc. in this matter.
15
16
17  Dated: _____
18
19
20                                               _____
                                                    United States District Judge
21
22
23
24
25
26
27
28

SUBSTITUTION OF ATTORNEY
- 3 -

## Certificate of Service

The undersigned hereby certifies that on this 22 day of August 2007, a true and accurate copy of the attached document was electronically filed with the Court, to be served by operation of the Court's electronic filing system, upon the following:

Douglas J. Rovens
Squire Sanders & Dempsey LLP
555 South Flower Street, Suite 3100
Los Angeles, CA 90071-2300
Attorneys for Defendant



_____
Gregory P. Goonan