1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Prodata MicroElectronics, Inc., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>4Access Communications Co., a Delaware corporation,<br><br>　　　　　Defendant. | Case No.  3:06-CV-02709-JM (RBB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE** |

　　　This matter comes before the Court pursuant to a joint motion following stipulation of the parties to dismiss this entire action without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  The Court, having considered the joint motion and the files and records in this matter, and good cause appearing, hereby grants the parties' joint motion and orders as follows:

　　　1.  This entire action is dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

　　　2.  Each party shall bear its own costs and attorneys' fees.

---

*ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE*
- 1 -

| | |
|---|---|
| 1 | 3. The Court shall and does retain jurisdiction to enter judgment in this matter against |
| 2 | defendant and counterclaim plaintiff 4Access Communications Company ("4Access") pursuant to |
| 3 | a Stipulation for Entry of Judgment among the parties in the event 4Access does not timely make a |
| 4 | second settlement payment pursuant to the parties' settlement. |

3. The Court shall and does retain jurisdiction to enter judgment in this matter against defendant and counterclaim plaintiff 4Access Communications Company ("4Access") pursuant to a Stipulation for Entry of Judgment among the parties in the event 4Access does not timely make a second settlement payment pursuant to the parties' settlement.

The Clerk of the Court is instructed to close the file.

IT IS SO ORDERED.

Dated: May 5, 2008

_____
Jeffrey T. Miller, United States District Judge

*ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE*
- 2 -